# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA MILKO,<br>　　　Plaintiff,<br><br>　　vs.<br><br>DIRECT RECOVERY GROUP, LLC,<br>ERIC CARMICHAEL,<br>KATHRYN CARMICHAEL,<br>　　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 19-510<br>)<br>)<br>)<br>)<br>) |

## ORDER OF COURT

AND NOW, this 2nd day of June, 2021, upon consideration of the April 30, 2021 Report and Recommendation [31] filed by the United States Magistrate Judge recommending that the Motion for Default Judgment [16] be granted and that a judgment of $6,701.90 be entered against Defendants Direct Recovery Group, LLC, Eric Carmichael and Kathryn Carmichael, consisting of $1,000 in statutory damages, $5,587.50 in attorneys' fees and $114.40 in costs, (Docket No. [31]), and providing the parties fourteen days to file objections thereto, Plaintiff Patricia Milko's Response filed on May 5, 2021 wherein she requests that default judgment be entered in an amount of $8,342.90, a figure which includes an additional $1,641.00 in attorneys' fees incurred since the motion for default judgment was filed on November 19, 2019 and relate to certain post-judgment discovery motions and orders that have since been vacated by the United States Magistrate Judge but does not include any evidence supporting the fees claimed, (Docket No. [32]), and no objections having been filed by Defendants as of the date of this Order, and upon independent review and consideration of the motion, (Docket No. [31]), the Defaults entered by the Clerk of Court, (Docket No. [12], [13], [14]), the allegations in Plaintiffs' Complaint, (Docket No. [3]), and the Magistrate

Judge's Report and Recommendation (Docket No. [31]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Motion [16] is GRANTED;

IT IS FURTHER ORDERED that total damages of $6,701.90, consisting of $1,000 in statutory damages, $5,587.50 in attorneys' fees and $114.40 in costs are awarded to Plaintiff Patricia Milko and against Defendants Direct Recovery Group, LLC, Eric Carmichael and Kathryn Carmichael;

IT IS FURTHER ORDERED that Plaintiff's objections seeking additional attorneys' fees for activities post-dating the now vacated Judgment entered by the United States Magistrate Judge on February 27, 2020 [32] are OVERRULED as the previously entered Judgment of February 27, 2020 has been vacated and Plaintiff has not provided evidentiary support for such additional fees; and,

FINALLY, an appropriate Judgment follows.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.
U.S. Magistrate Judge Patricia L. Dodge

cc:   DIRECT RECOVERY GROUP, LLC
12681 Ashland Pl.
Riverside, CA 92503
(via first class mail)

ERIC CARMICHAEL
12681 Ashland Pl.
Riverside, CA 92503
(via first class mail)

KATHRYN CARMICHAEL
12681 Ashland Pl.
Riverside, CA 92503
(via first class mail)